**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | | |
|---|---|---|---|
| **MICHELLE R. SCOTT,** | ) | | |
| | ) | | |
| **Plaintiff,** | ) | **Civil Action No. 5:11cv129** | |
| **v.** | ) | | |
| | ) | | |
| **MICHAEL J. ASTRUE,** | ) | **By:** | **Michael F. Urbanski** |
| **Commissioner of Social Security,** | ) | | **United States District Judge** |
| | ) | | |
| **Defendant.** | ) | | |

## ORDER

This matter was referred to the Honorable James G. Welsh, United States Magistrate

Judge, pursuant to 28 U.S.C. § 636(b)(1)(B), for proposed findings of fact and a recommended

disposition.  The magistrate judge filed a report and recommendation on March 5, 2013,

recommending that plaintiff's motion for summary judgment be denied, the Commissioner's

motion for summary judgment be granted and the Commissioner's final decision be affirmed.

Plaintiff has filed objections to the report and recommendation.

The court has reviewed the magistrate judge's report, the objections to the report, and the

pertinent portions of the administrative record and, in so doing, made a de novo determination of

those portions of the report to which the plaintiff objected.  The court finds that the magistrate

judge was correct in concluding that there is substantial evidence in the record to support the

ALJ's determination.  Accordingly, the court accepts the magistrate judge's recommendation

that the Commissioner's decision should be affirmed.

It is therefore **ORDERED** and **ADJUDGED** that plaintiff's motion for summary

judgment (Dkt. # 12) is **DENIED**, the Commissioner's motion for summary judgment (Dkt.

# 16) is **GRANTED**, the report and recommendation (Dkt. # 20) is **ADOPTED in its entirety**,

the Commissioner's decision is **AFFIRMED**, and this matter is **STRICKEN** from the active

docket of the court.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered:  March 25, 2013

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge